Liput Law Offices, P.C.
P.O. Box 432
Mountain Lakes, New Jersey 07046
(973) 885-4665
Attorneys for Plaintiff

By: _____
      Andrew L. Liput

RECEIVED-CLERK
U.S. DISTRICT COURT

2009 JAN 21  A 11: 15

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------X
CARNEGIE MORTGAGE, LLC, and
ICON RESIDENTIAL CAPITAL LLC,

        Plaintiffs,

  -against-

FIGENIE NICOLAS, YVETTE MICHEL, UCI
APPRAISAL GROUP, CHUKWUEMEKA
IFEMESIA, STREAMLINE MORTGAGE,
KEN AHREM and ANTHONY PEPE,

        Defendants.
------------------------------------------------------------X

No. 09 Civ 286 (KSH)

**CIVIL ACTION- RULE 7.1 DISCLOSURE STATEMENT**
**OF PLAINTIFFS, CARNEGIE MORTGAGE, LLC and**
**ICON RESIDENTIAL CAPITAL LLC**

The undersigned counsel for Plaintiffs, Carnegie Mortgage, LLC and ICON Residential Capital LLC (Plaintiffs), certifies that Plaintiffs are non-governmental corporate parties and that Plaintiffs do not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of Plaintiffs' stock.

_____
Andrew L. Liput, Esq.

Dated: January 9, 2009